

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

3-H MARKET, LATIFA NAGI HAMOOD, An Individual, and ALI MOHAMED NASSER, an Individual,

Plaintiff(s),

Case No.  1:21-at-00364

v.

UNITED STATES OF AMERICA

Defendant(s).

I, __Seth Long, Esq.__,

attorney for __3-H Market, Latifa Nagi Hamood, an Individual, and Ali Mohamed Nasser, an Individual__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Metropolitan Law Group, PLLC

Address: 1971 W. Lumsden Road, #326

City: Brandon

State: Florida    ZIP Code: 33511-8820

Voice Phone: ( 813 ) 228-0658

FAX Phone: ( 813 ) 338-3192

Internet E-mail: seth@metropolitan.legal

Additional E-mail: lajeana@metropolitan.legal

I reside in City: Salvisa    State: Kentucky

I was admitted to practice in the <u>Supreme Court of Kentucky</u> (court) on <u>May 1, 2020</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Zein E. Obagi, Jr., Esq.
Firm Name: Obagi Law Group, P.C.
Address: 811 Wilshire Blvd., Suite 1709

City: Los Angeles
State: CA    ZIP Code: 90017
Voice Phone: (424) 284-2401
FAX Phone: (424) 204-0719
E-mail: zo@obagilaw.com

Dated: 03/29/2021    Petitioner: /s/

ORDER

IT IS SO ORDERED.

Dated: 8/20/2021

/s/ Sheila K. Oberto
JUDGE, U.S. DISTRICT COURT