Andrew Z. Tapp (FBN 68002)
Pro Hac Vice
*andrew@metropolitan.legal*
Metropolitan Law Group, PLLC
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
Telephone: (813) 228-0658

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **3-H MARKET**, et al.**,**<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**UNITED STATES OF AMERICA**,<br><br>　　　　　Defendant. | CASE NO.  1:21-cv-00542-ADA-SKO<br><br>**ORDER GRANTING STIPULATION TO VACATE SETTLEMENT CONFERENCE**<br><br>**(Doc. 30)** |

　　　This matter comes before the Court on the parties' Stipulation to Continue the Pre-Settlement Conference and Settlement Conference.  (Doc. 30.)  For good cause shown, IT IS HEREBY ORDERED that the November 9, 2022 Pre-Settlement Telephonic Conference and the November 17, 2022 Settlement Conference, as set out in the Order regarding Settlement Conference (Doc. 24), are VACATED.  **Within three days of the resolution of the pending motion for summary judgment (***see* **Doc. 26),** the parties SHALL meet and confer and file a joint status report updating the Court on the status of the case and proposing three to four dates on which a

settlement conference (held on Tuesdays and Thursdays at 10:00 or 10:30 a.m.) will be re-set, if appropriate.

IT IS SO ORDERED.

Dated:  **October 28, 2022**                    /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE